B1 (Official Form 1) (1/08)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Titus Transportation, LP** | **Name of Joint Debtor (Spouse)** (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **22-3883535** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2401 Worthington Drive**<br>**Suite 127**<br>**Denton, TX**  ZIP CODE **76207** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 2064**<br>**Denton, TX**  ZIP CODE **76202** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Titus Transportation, LP** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Titus Transportation, LP |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
|  X  /s/ Frank J. Wright<br>Frank J. Wright      Bar No. 22028800<br><br>Wright Ginsberg Brusilow P.C.<br>14755 Preston Road<br>Suite 600<br>Dallas, TX 75254<br><br>Phone No.(972) 788-1600    Fax No.(972) 239-0138<br><br>07/02/2010<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>**Titus Transportation, LP**<br><br> X  /s/ Brent Hagenbuch<br>Signature of Authorized Individual<br><br>Brent Hagenbuch<br>Printed Name of Authorized Individual<br>Sole and Managing Member of Titus Capital, LLC, General Partner<br>Title of Authorized Individual<br><br>07/02/2010<br>Date | Address<br>X_____<br><br>_____<br>Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  Titus Transportation, LP     Case No.

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| James and Mary Browne<br>9325 Grandview<br>Denton, TX 76207<br><br>940-262-0304 | | - | | $499,267.66 |
| Blue Cross Blue Shield<br>Attn: Cashier<br>P.O. Box 66049<br>Dallas, TX 75266 | Customer Service<br><br>800-792-8594 | - | | $185,000.00 |
| Comdata<br>P.O. Box 548<br>Brentwood, TN 37024 | Chris Parker<br><br>615-370-7000 | - | | $107,000.00 |
| Xtra Lease<br>P.O. Box 99262<br>Chicago, IL 60693 | Lisa<br><br>602-272-0467-fax<br>972-438-1271 | - | | $106,045.76 |
| Pilot Travel Centers<br>5508 Lonas Drive<br>P.O. Box 10146<br>Knoxville, TN 37939 | Scott Hundley<br><br>800-562-6210 | - | | $105,000.00 |
| Cline Wood Agency, Inc.<br>1900 Ballpark Way<br>Suite 108<br>Arlington, TX 76006 | Rhonda Cox<br><br>866-262-9004 | - | | $102,798.30 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: Titus Transportation, LP      Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PLM Leasing<br>14095 Collections Center Drive<br>Chicago, IL 60693 | Tim Shasserre<br><br>214-331-6100 | - | | $102,385.23 |
| T Chek Systems, Inc.<br>SDS 12-1039<br>P.O. Box 86<br>Minneapolis, MN 55486 | Paul Newman<br><br>952-974-7260 | - | | $86,000.00 |
| Premier Trailer Leasing<br>991 Rt. 22 West<br>Bridgewater, NJ 08807 | Pat Dunleavy<br><br>908-864-8006 | - | | $70,180.29 |
| Strasburger & Price, LLP<br>P.O. Box 50100<br>Dallas, TX 75250 | Sam Hallman<br><br>214-651-2125 | - | | $67,198.18 |
| Bridgestone Bandag, LLC<br>P.O. Box 92090<br>Chicago, IL 60675 | | - | | $47,654.21 |
| Bowman Sales & Equipment, Inc.<br>P.O. Box 433<br>Williamsport, MD 27195 | Linda<br><br>800-635-6733 | - | | $41,687.94 |
| Premium Financing Specialists, Inc.<br>22343 Network Place<br>Chicago, IL 60673 | | - | | $38,307.55 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: Titus Transportation, LP   Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Michelin North America, Inc.<br>P.O. Box 100860<br>Atlanta, GA 30384 | | - | | $34,683.04 |
| Premium Assignment Corporation<br>P.O. Box 3100<br>Tallahassee, FL 32315 | | - | | $31,410.02 |
| Pro Tire<br>3009 Windy Hill<br>Denton, TX 76209 | Pat Reed<br><br>940-367-0830 | - | | $31,273.42 |
| Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886 | | - | | $29,567.67 |
| Tatum, LLC<br>303 Peachtree Street NE<br>Suntrust Plaza<br>Suite 4400<br>Atlanta, GA 30308 | Bill Glatch<br><br>214-269-1710 | - | | $26,429.51 |
| PrePass<br>23566 Network Place<br>Chicago, IL 60673 | | - | | $24,165.55 |
| RREC Denton Truckport, LLC<br>5949 Sherry Lane<br>Dallas, TX 76202 | | - | | $22,425.42 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: Titus Transportation, LP

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole and Managing Member of Titus Capital, LLC, General Partner of the Debtor named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 07/02/2010              Signature: /s/ Brent Hagenbuch
                                         **Brent Hagenbuch**
                                         Sole and Managing Member of Titus Capital, LLC, General Partner

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  Titus Transportation, LP　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  11

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  07/02/2010　　　　　　　　　　Signature  /s/ Brent Hagenbuch
　　　　　　　　　　　　　　　　　　　　　　　Brent Hagenbuch
　　　　　　　　　　　　　　　　　　Sole and Managing Member of Titus Capital, LLC, General Partner

Date　　　　　　　　　　　　　　　　Signature

| | | |
|---|---|---|
| A.G. Adjustments, LTD.<br>P.O. Box 9090<br>Melville, NY  11747 | Augusta County Treasurer<br>P.O. Box 590<br>Verona, VA  24482 | Bibby Financial Services (Midwest), Inc.<br>- MarrowStone Inc.<br>14906 Collections Center Dr.<br>Chicago, IL  60693 |
| Access Advertising LLC<br>2001 Grand Blvd.<br>Suite 501<br>Kansas City, MO  64108 | Augusta Regional Landfill<br>P.O. Box 859<br>Verona, VA  24485 | Bingham Truck & Tire Repair, LLC<br>220 W. Highway Y<br>Atoka, OK  74525 |
| Actuaries & Associates<br>701 S. Tyler<br>Amarillo, TX  79101 | Bain & Holden Tire Company, Inc.<br>P.O. Box 168<br>Englewood, TN  37329 | Blue Beacon Truck Washes<br>P.O. Box 856<br>Sallina, KS  67402 |
| Advantage Trailer Leasing<br>P.O. Box 1444<br>St. Peters, MO  63376 | Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886 | Blue Cross Blue Shield<br>Attn:  Cashier<br>P.O. Box 66049<br>Dallas, TX  75266 |
| Akers Wrecker Service<br>715 Dallas Drive<br>Denton, TX  76205 | Barkley Plumbing Corporation<br>938 Corey Road<br>Hutchinson, KS  67501 | Bowman Sales & Equipment, Inc.<br>P.O. Box 433<br>Williamsport, MD  27195 |
| Analysts, Inc.<br>P.O. Box 2955<br>Torrance, CA  90509 | Baugh Supply Chain Co-Operative<br>One Sysco Place<br>Ankeny, IA  50021 | Bridgestone Americas<br>P.O. Box 730026<br>Dallas, TX  75373 |
| Anheuser-Busch, Inc.<br>One Busch Place<br>St. Louis, MO  63118 | Beall Corporation<br>Mailstop - LB631030<br>Portland, OR  97208 | Bridgestone Bandag, LLC<br>P.O. Box 92090<br>Chicago, IL  60675 |
| AT&T<br>P.O. Box 5019<br>Carol Stream, IL  60197 | Bear Carpet Cleaning<br>359 S. 167th St. W<br>Goddar, KS  67052 | Bruckner's Truck Sales, Inc.<br>3611 Irving Blvd.<br>Dallas, TX  75356 |
| Attorney General<br>Main Justice Bldg., Room 5111<br>10th St. & Constitution Ave. NW<br>Washington, DC  2004 | Becker Tire<br>P.O. Box 268<br>Great Bend, KS  67530 | C & B Refrigeration<br>P.O. Box 89<br>Schuyler, NE  68661 |
| Attorney General of Texas<br>Taxation Division - Bankruptcy<br>P.O. Box 12548<br>Capitol Station<br>Austin, TX  78711 | Bibby Financial Services (Midwest), Inc.<br>14906 Collections Center Circle<br>Chicago, IL  60693 | Car Quest of Hutchinson KS<br>122 W. First Street<br>Hutchinson, KS  67501 |

| | | |
|---|---|---|
| CareNow Corporate<br>P.O. Box 9101<br>Coppell, TX 75019 | Cintas First Aid & Safety<br>P.O. Box 1549<br>Coppell, TX 75019 | Convoy Servicing Company<br>P.O. Box 650078<br>Dallas, TX 75265 |
| Carolina Casualty Ins. Co.<br>P.O. Box 2575<br>Jacksonville, FL 32203 | Cirus Water/Roaster Joe's<br>4430 W. 29th Circle South<br>Wichita, KS 67215 | Creative Transportation<br>1635 Goodwin Dr.<br>Aubrey, TX 76227 |
| Carrier 411 Service, Inc.<br>5950 Live Oak Parkway<br>Suite 105<br>Norcross, GA 30093 | City Beverage Company<br>311 S. Kirby<br>Box 685<br>Hutchinson, KS 67504 | CSTK<br>P.O. Box 419380<br>Dept. #145<br>Kansas City, MO 64141 |
| CDW Direct, LLC<br>P.O. Box 75723<br>Chicago, IL 60675 | Cline Wood Agency, Inc.<br>1900 Ballpark Way<br>Suite 108<br>Arlington, TX 76006 | Culligan<br>101 W. Avenue E<br>Hutchinson, KS 67504 |
| Central Tire Corporation<br>P.O. Box 901<br>Verona, VA 24482 | Clinton Allington<br>2804 NE 126th<br>Kansas City, KS 64166 | Daniels Air, Inc.<br>P.O. Box 1140<br>Lake Dallas, TX 75065 |
| Chapman, Hext & Company, P.C.<br>301 S. Sherman<br>Suite 200<br>Richardson, TX 75081 | CNA Surety<br>P.O. Box 802876<br>Chicago, IL 60680 | Dell Financial Services<br>P.O. Box 5292<br>Carol Stream, IL 60197 |
| Charles Martin<br>26 Pine Creek Lane<br>Grottoes, VA 24441 | Colorado Dept. of Revenue<br>Department A<br>Denver, CO 80243 | Denitech Corporation<br>P.O. Box 844173<br>Dallas, TX 75284 |
| Cikanek Contracting<br>3107 Lakeview<br>Hutchinson, KS 67502 | Comdata<br>P.O. Box 548<br>Brentwood, TN 37024 | Denton County District Clerk<br>P.O. Box 2146<br>Denton, TX 76202 |
| Cintas Corporation<br>3450 Northern Cross Blvd.<br>Ft. Worth, TX 76137 | Compliance Safety Systems<br>P.O. Box 1030<br>Midlothian, TX 76065 | Denton County Tax Assessor's<br> Office - Collector<br>Attn: Steve Mossman<br>P.O. Box 90204<br>Denton, TX 76202 |
| Cintas Corporation #394<br>P.O. Box 1045<br>Waynesboro, VA 22980 | Compunet Credit Services, Inc.<br>Attn: Accounts Receivables<br>Sacramento, CA 95813 | Denton County Tax Office<br>P.O. Box 90204<br>Denton, TX 76202 |

| | | |
|---|---|---|
| Denton Publishing Company<br>P.O. Box 369<br>Denton, TX  76202 | England Logistics<br>Attn:  Larry Kocherhnas<br>1325 S. 4700 West<br>Salt Lake City, UT  84104 | Framaur Associates, LLC<br>50 Highway 9 North<br>Morganville, NJ  07751 |
| Denton Truckport<br>5949 Sherry Lane<br>Suite 750<br>Dallas, TX 76202 | Enver Dautovic<br>6268 Water Tower<br>St. Louis, KS  63129 | Frank Stokes<br>221 W. 1st St.<br>Scranton, KS  66537 |
| Dillons Customer Charges<br>P.O. Box 677546<br>Dallas, TX  75267 | Fastenal<br>P.O. Box 978<br>Winona, MN  55987 | Ge Capital T.I.P.<br>75 Remittance Drive<br>Chicago, IL 60675 |
| Dish Network<br>Dept. 0063<br>Palatine, IL  60055 | FEDEX<br>P.O. Box 660481<br>Dallas, TX  75266 | GE Transportation Finance<br>P.O. Box 822108<br>Philadelphia, PA 19182 |
| Dixie Gas & Oil Corporation<br>P.O. Box 900<br>Verona, VA  24482 | Field & Road Repairs<br>213 S. River Road<br>Grottoes, VA  24441 | Good Trucking, LLC<br>1029 Jennings<br>Council Bluffs, IA  51501 |
| Dovels Inc.<br>305 N. Whiteside St.<br>Hutchinson, KS  67501 | Fleet Maintenance Inc.<br>3700 W. 30th South<br>Wichita, KS  67217 | Greater Omaha Express<br>4626 Dahlman Ave.<br>Omaha, NE  68107 |
| Duryea Moving<br>P.O. Box 1688<br>Denton, TX  76202 | Fleetwash, Inc.<br>P.O. Box 36014<br>Newark, NJ  07188 | Greater Omaha Packing Company<br>P.O. Box 7566<br>Omaha, NE  68107 |
| E-740 Public Highway Authority<br>P.O. Box 5470<br>Denver, CO  80217 | Fly-In-Lube<br>705 Johnson Lane<br>Billings, MT  59101 | Herr Business Forms<br>1740 Westminster Street<br>Denton, TX  76205 |
| Emergicare<br>755A Cantrell Avenue<br>Harrisonburg, VA  22801 | Food Lion, LLC<br>P.O. Box 198135<br>Atlanta, GA  30384 | HireRight Solutions, Inc.<br>23883 Network Place<br>Chicago, IL  60673 |
| Emergicare of Waynesboro<br>2611 W. Main Street<br>Waynesboro, VA  22980 | Ford Motor Credit Company<br>P.O. Box 650575<br>Dallas, TX  75265 | Imperial Supplies LLC<br>P.O. Box 23910<br>Green Bay, WI  54305 |

| | | |
|---|---|---|
| Industrial Trucking, Inc.<br>3800 N. Commerce<br>Fort Worth, TX 76106 | Kelly Services, Inc.<br>P.O. Box 820405<br>Philadelphia, PA 19182 | Landstar - RMCS<br>13410 Sutton Park Drive S<br>Jacksonville, FL 32224 |
| Inland Truck Parts<br>P.O. Box 1489<br>Denton, TX 76202 | Kentucky Transportation Cabinet<br>Divisionof Motor Carriers<br>P.O. Box 2004<br>Frankfort, KY 40602 | Laura's Lock and Security<br>1703 W. University Drive<br>Denton, TX 76201 |
| Interchange<br>1346 Pleasants Drive<br>Suite 6<br>Harrisonburg, VA 22801 | Kenworth Renton<br>1601 N. 8th<br>Renton, WA 98055 | Level 3 Communications LLC<br>P.O. Box 952061<br>St. Louis, MO 63195 |
| Internal Revenue Service<br>IRS Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Kenworth Sales of Missoula<br>P.O. Box 16145<br>Missoula, MT 59808 | Lindsay Hart Neil & Weigler<br>1300 SW 5th Avenue<br>Suite 3400<br>Portland, OR 97201 |
| J & J Cleaning<br>1813 James Street<br>Hutchinson, KS 69502 | Kenworth Wichita<br>P.O. Box 4226<br>Wichita, KS 67204 | Lloyd Holloway<br>P.O. Box 100<br>Waynesboro, VA 22980 |
| J.J. Keller & Associates<br>P.O. Box 548<br>Neenah, WI 54957 | Kenworth-Northwest<br>P.O. Box 98967<br>Seatac, WA 98198 | Lowe's<br>P.O. Box 530954<br>Atlanta, GA 30353 |
| James and Mary Browne<br>9325 Grandview<br>Denton, TX 76207 | Key Equipment Finance<br>Payment Processing<br>P.O. Box 74713<br>Cleveland, OH 44194 | MarrowStone Truck & Trailer Shop<br>2401 Worthington Drive<br>Denton, TX 76207 |
| Janitorial Supply, Inc.<br>1 S. Main<br>Hutchinson, KS 67501 | Kimball Midwest<br>Dept. L-2780<br>Columbus, OH 43260 | Megapath Inc.<br>P.O. Box 120324<br>Dallas, TX 75312 |
| Janitorial Systems<br>P.O. Box 59008<br>Dallas, TX 75229 | Kroger Company<br>1014 Vine Street<br>Cincinnati, OH 45202 | Mel Easton & Sons, Inc.<br>13511 192nd Street<br>Council Bluffs, IA 51503 |
| Kansas Corporate Commission<br>1500 SW Arrowhead Road<br>Topeka, KS 66604 | KXKU 106.1 FM<br>106 N. Main Street<br>Hutchinson, KS 67501 | MHC Financial Services, Inc.<br>P.O. Box 412582<br>Kansas City, MO 64141 |

| | | |
|---|---|---|
| MHC Kenworth<br>P.O. Box 879269<br>Kansas City, MO 64187 | Natalie Wampler<br>425 S. Linden Avenue<br>Waynesboro, VA 22980 | Optum Health<br>2525 Lake Park Blvd.<br>Salt Lake City, UT 84120 |
| MHC Kenworth<br>3301 E. Kearney<br>Springfield, MO 65803 | Navistar Financial Corp.<br>P.O. Box 96070<br>Chicago, IL 60693 | Oregon Department of Transportation<br>550 Capitol Street N.E.<br>Salem, OR 97301 |
| MHC Truck Leasing<br>P.O. Box 879269<br>Kansas City, MO 64187 | Neopost, Inc.<br>P.O. Box 45800<br>San Francisco, CA 94145 | Orkin Inc.<br>1539 Pleasants Drive<br>Harrisonburg, VA 22801 |
| MHC-Kenworth-Fort Worth<br>P.O. Box 879269<br>Kansas City, MO 64187 | NGLIC<br>c/o Superior Vision Services, Inc.<br>P.O. Box 201839<br>Dallas, TX 75320 | PACCAR Financial Corp.<br>P.O. Box 676014<br>Dallas, TX 75267 |
| Michelin North America, Inc.<br>P.O. Box 100860<br>Atlanta, GA 30384 | Northcutt, Inc.<br>P.O. Box 4278<br>Wichita, KS 67204 | Painter's Hauling Service<br>140 Ida Loop Road<br>Luray, VA 22835 |
| Midwest Iron & Metal<br>P.O. Box 70<br>729 S. Main<br>Hutchinson, KS 67504 | Northstar Transport Group<br>RC Moore<br>8 Ginn Road<br>Scarborough, ME 04070 | Pedersen Repair & Fabrication<br>9080 Teasley Lane<br>Denton, TX 76210 |
| MillerCoors<br>13th & Ford Street<br>Golden, CO 80401 | Occupational Health Centers of NJ, P.A.<br>P.O. Box 8750<br>Elkridge, MD 21075 | Pennsylvania Turnpike Commission<br>8000C Derry Street<br>Harrisburg, PA 17111 |
| MJB Spotting Service, Inc.<br>P.O. Box 13648<br>Edwardsville, KS 66113 | Office Depot<br>P.O. Box 88040<br>Chicago, IL 60680 | Pilot Travel Centers<br>5508 Lonas Drive<br>P.O. Box 10146<br>Knoxville, TN 37939 |
| Morin & Barkley LLP<br>123 East Main Street<br>7th Floor<br>Charlottesville, VA 22902 | OneBeacon Insurance<br>Fiduciary Lockbox<br>P.O. Box 306068<br>Nashville, TN 37230 | PLM Leasing<br>14095 Collections Center Drive<br>Chicago, IL 60693 |
| Municipal Services Bureau<br>CTRNA Processing<br>P.O. Box 16777<br>Austin, TX 78761 | Operating Tax Systems, LLC<br>1040 Cambridge Square<br>Suite C<br>Alpharetta, GA 30009 | Premier Trailer Leasing<br>991 Rt. 22 West<br>Bridgewater, NJ 08807 |

| | | |
|---|---|---|
| Premium Assignment Corporation<br>P.O. Box 3100<br>Tallahassee, FL  32315 | Robert Gist<br>813 Sawcreek Estates<br>Bushkill, PA 18324 | Speedco<br>P.O. Box 520<br>Cayuga, IN  47968 |
| Premium Financing Specialists, Inc.<br>22343 Network Place<br>Chicago, IL 60673 | Roberts Hutch-Line<br>P.O. Box 1363<br>Hutchinson, KS 67504 | Spotswood Country Club<br>1980 Country Club Road<br>Harrisonburg, VA 22802 |
| PrePass<br>23566 Network Place<br>Chicago, IL 60673 | RREC Denton Truckport, LLC<br>5949 Sherry Lane<br>Dallas, TX 76202 | Sprint<br>P.O. Box 660075<br>Dallas, TX 75266 |
| Pro Tire<br>3009 Windy Hill<br>Denton, TX  76209 | Ryan<br>Three Galleria Tower<br>13155 Noel Road<br>Suite 100<br>Dallas, TX 75240 | SS&S, Inc.<br>P.O. Box 582<br>Schuyler, NE 68661 |
| Progressive Business Compliance<br>P.O. Box 3014<br>Malvern, PA 19355 | Sam's Club<br>P.O. Box 530970<br>Atlanta, GA 30353 | Standard Insurance Company<br>P.O. Box 6339<br>Portland, OR 97228 |
| Ramsey Oil Hutchinson, Inc.<br>Box 3070<br>Hutchinson, KS 67504 | Schneider Logistics<br>P.O. Box 78158<br>Milwaukee, WI 53278 | Staples Business Advantage<br>Dept DAL<br>P.O. Box 83689<br>Chicago, IL 60696 |
| Ready Pac<br>4401 Foxdale Ave.<br>Irwindale, CA 91706 | Securities and Exchange Comm.<br>Attn:  Rose L. Romero, Reg. Dir.<br>801 Cherry St., Suite 1900<br>Ft. Worth, TX  76102 | State Comptroller of Public Acct.<br>Revenue Acct. Division -<br>P.O. Box 13528<br>Austin, TX  78711 |
| Richard J. Perry, DO<br>P.O. Box 249<br>Sanger, TX 76266 | Securities and Exchange Commission<br>100 F. Street NE<br>Washington, DC  20549 | Sterling Commerce-73199<br>P.O. Box 73199<br>Chicago, IL 60673 |
| River's Edge Telecom, Inc.<br>523 N. Old St Louis Road<br>Wood River, IL 62095 | Service Master Clean<br>222 S. Mayhill Road<br>Denton, TX 76208 | Strasburger & Price, LLP<br>P.O. Box 50100<br>Dallas, TX  75250 |
| River-Roads Sales & Leasing<br>9010 Hall Street<br>St. Louis, MO 63147 | Southwest Idealease<br>3722 Irving Blvd.<br>Dallas, TX 75247 | Superior Trailer Sales<br>501 Hwy. 80 East<br>Sunnyvale, TX 75182 |

| | | |
|---|---|---|
| System Seven Repair, Inc.<br>10831 Tukwila Intl. Blvd.<br>Seattle, WA 96168 | The Standard<br>P.O. Box 82588<br>Lincoln, NE 68501 | Truck Parts & Equipment, Inc.<br>4501 W. Esthner<br>Wichita, KS 67209 |
| T Chek Systems, Inc.<br>SDS 12-1039<br>P.O. Box 86<br>Minneapolis, MN 55486 | Timothy Raymond<br>1712 Wheatfield Street<br>Mesquite, TX 75149 | Truck Permit & License Services<br>600 S. 2nd<br>Suite 100<br>Springfield, IL 62704 |
| T.L.I. Holding Corp.<br>3402 Bluff View Drive<br>St. Charles, MO 63303 | TMT Software<br>P.O. Box 643804<br>Cincinnati, OH 45264 | Truck-Thermo King Inc.<br>P.O. Box 1828<br>Harrisonburg, VA 22801 |
| Tailwind Management Systems, Inc.<br>P.O. Box 960<br>Blaine, WA 98231 | Trans Lease, Inc.<br>4475 E. 74th Ave.<br>#103<br>Commerce City, CO 80022 | Turtle Lake Police Department<br>115 E. Martin Avenue<br>Turtle Lake, WI 54889 |
| Tatum, LLC<br>303 Peachtree Street NE<br>Suntrust Plaza<br>Suite 4400<br>Atlanta, GA 30308 | TransCore #3801<br>P.O. Box 8500<br>Philadelphia, PA 19178 | TWB, Inc. dba Highlands Country Club<br>922 Crazy Horse Road<br>Hutchinson, KS 67502 |
| TB Pallets, LLC<br>3879 East Side Highway<br>Grottoes, VA 24441 | Transflo Express, LLC<br>Box 88322<br>Milwaukee, WI 53288 | Unifirst Holdings, Inc.<br>1707 N. Mosley Street<br>Wichita, KS 67214 |
| Telnes Broadband<br>P.O. Box 1246<br>Everett, WA 98206 | Transport International Pool<br>Dept. 0536<br>75 Remittance Drive<br>Suite 13<br>Chicago, IL 60675 | Verizon Wireless-Denton<br>P.O. Box 66018<br>Dallas, TX 75266 |
| Texas Attorney General<br>TX SDU<br>San Antonio, TX 78265 | Transportation Intermediaries Assoc.<br>1625 Prince Street<br>#200<br>Alexandria, VA 22314 | Verizon Wireless-IL<br>P.O. Box 660108<br>Dallas, TX 75266 |
| Texas Employment Comm.<br>TEC Building - Taxation Dept.<br>Austin, TX 78778 | TRI City Port District<br>1635 W. First Street<br>Granite City, IL 62040 | Verizon Wireless-KS<br>P.O. Box 25505<br>Lehigh Valley, PA 18002 |
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104 | Troy Lee Ferris<br>25 Scott Drive<br>Franklin, WV 26887 | Verizon-ALDI<br>P.O. Box 920041<br>Dallas, TX 75392 |

Virginia Dept Motor Vehicles
P.O. Box 27412
Richomond, VA 23269


Vista Imaging Supplies
12021 Wilshire Blvd.
Suite 546
Los Angeles, CA 90025


Waste Management of Virginia
P.O. Box 13648
Philadelphia, PA 19101


Wells Fargo Equipment Finance
NW-8178
Minneapolis, MN 55485


West Texas Peterbuilt Odessa
1230 South Grandview
Odessa, TX 79761


Xerox Corporation
P.O. Box 802555
Chicago, IL 60680


Xtra Lease
P.O. Box 99262
Chicago, IL 60693


Zee Medical Inc.
P.O. Box 781523
Indianapolis, IN 46278