UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE

| | | |
|---|---|---|
| TITUS TRANSPORTATION, LP, | § | CASE NO. 10-42202 |
| | § | |
| TITUS LOGISTICS SERVICES, LP | § | CASE NO. 10-42203 |
| | § | |
| DEBTORS. | § | Chapter 11 |
| | § | **(Jointly Administered under 10-42202)** |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The United States Trustee, pursuant to 11 U.S.C. §1102(a)(1), appoints the following persons to the Official Committee of Unsecured Creditors in the above styled and numbered case:

PLM Leasing - *Interim Chairman*
Attn: Robert Sukovich
100 Paragon Drive
Montrole, NJ 07645
201.334.5107
rsukovich@PLMTrailer.com

Cline Wood Agency, Inc.
Attn: Carol Barnett
4300 W. 133rd Street
Leawood, KS 66209
913.319.3414
carolB@clinewood.com

Comdata
Attn: Terry Anderson
P.O. Box 548
Brentwood, TN 37024
615.370.7266
tanderson@comdata.com

Date:   July 28, 2010                             Respectfully submitted

                                                  William T. Neary
                                                  United States Trustee

                                                  */s/ Marcus F. Salitore*
                                                  Trial Attorney
                                                  Texas Bar 24029822
                                                  300 Plaza Tower
                                                  110 N. College
                                                  Tyler, Texas   75702
                                                  (903) 590-1450 Ext. 216


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 II. B. 2 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, this the 28th day of July 2010..

**Debtor**

Titus Transportation, LP
P.O. Box 2064
Denton, TX 76202

**Debtor's Attorney**

Frank J. Wright
Wright Ginsberg Brusilow P.C.
600 Signature Place
14755 Preston Road
Dallas, TX 75254

**Others**

Larry Chek
Palmer & Manuel, L.L.P.
8350 N. Central Expressway
Suite 1111 Dallas, TX 75206

Paul B. Geilich
14755 Preston Road, Suite 600
Dallas, TX 75254

Mugdha S. Kelkar
Greenberg Traurig
2200 Ross Ave., Suite 5200
Dallas, TX 75201

Lisa M. Lucas
Carrington Coleman Sloman & Blumenthal
901 Main Street, Suite 5500
Dallas, TX 75202

William Thomas McLain
Reagan & McLain
6060 North Central Expressway
Suite 790
Dallas, TX 75206

J. Michael Sutherland
Carrington Coleman Sloman & Blumenthal
901 Main Street, Suite 5500
Dallas, TX 75202-3767

Stephen G. Wilcox
Bassel & Wilcox P.L.L.C.
P.O. Box 11509
Fort Worth, TX 76110-0509


                                                       */s/ Marc Salitore*