IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Jointly Administered Under |
| TITUS TRANSPORTATION, LP, and | § | Case No. 10-42202 |
| TITUS LOGISTIC SERVICES, LP, | § | Chapter 11 |
| | § | |
| Debtors. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL NOTICES, PLEADINGS AND ORDERS**

TO ALL PARTIES:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Cline Wood Agency, Inc. ("Cline Wood"), a creditor and party-in-interest in the above-captioned jointly administered Chapter 11 bankruptcy cases, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served upon Cline Wood by and through service on the following counsel:

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: 512-391-6100
Facsimile: 512-391-6149
Email: jong@munsch.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint,

demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby further requests that the Debtors and their counsel, any duly constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address on any mailing matrix to be prepared or existing in the above referenced bankruptcy case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a consent by Cline Wood to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to these bankruptcy cases, and shall not constitute a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Cline Wood is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted:

By:   */s/ Jay H. Ong*
    Jay H. Ong
    Texas State Bar No. 24028756
    Munsch Hardt Kopf & Harr, P.C.
    401 Congress Avenue, Suite 3050
    Austin, Texas 78701
    512-391-6100
    512-391-6149 (facsimile)
    jong@munsch.com

COUNSEL FOR CLINE WOOD
AGENCY, INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of August, 2010, a true and correct copy of the above and foregoing was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    *Jay H. Ong*
    Jay H. Ong